CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102-3495
    Telephone: 415 436-6778
    FAX: 415-436-7234
    Email: daniel.pastor@usdoj.gov

Attorneys for the United States of America

FILED

AUG 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SEALED BY ORDER
OF THE COURT

| UNITED STATES OF AMERICA, | ) | Case No. **CR 25·0267** |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] SEALING ORDER |
| v. | ) | ~~UNDER SEAL~~ |
| GLEB GORA,<br>SERGEI RYZKHOV, and<br>MICHAEL VOGEL,<br><br>Defendants. | ) | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the arrest warrants for the defendants, and all attachments in the above-referenced case regarding the Indictment returned on August 28, 2025, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation, the

/ / /

[PROPOSED] SEALING ORDER
**[UNDER SEAL]**                                        1

Document No.

District Court
Criminal Case Processing

Internal Revenue Service – Criminal Investigation, and other U.S. and foreign law enforcement agencies. The Indictment and arrest warrants are hereby ordered unsealed after the arrest warrants have been executed.

IT IS SO ORDERED.

DATED:  August 28, 2025

_____
HON. DONNA M. RYU
Chief Magistrate Judge

[PROPOSED] SEALING ORDER
[UNDER SEAL]                                                    2