UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,                )     Case No. 25-CR-0267
                                         )
            Plaintiff,                   )     STIPULATED ORDER EXCLUDING TIME
        v.                               )     UNDER THE SPEEDY TRIAL ACT
                                         )
Gleb Gora                                )
                                         )
            Defendant(s).                )

For the reasons stated by the parties on the record on ___4/1/26___, the court excludes time under the Speedy Trial Act from __4/1/2026__ to _5/4/2026__ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

**FILED**

____ Failure to grant a continuance would be likely to result in a miscarriage of justice. APR -1 2026
     See 18 U.S.C. § 3161(h)(7)(B)(i).

     CLERK, U.S. DISTRICT COURT
     NORTH DISTRICT OF CALIFORNIA
     OAKLAND OFFICE

____ The case is so unusual or so complex, due to [check applicable reasons] ____ the
     defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact
     or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
     itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
     taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
     counsel's other scheduled case commitments, taking into account the exercise of due diligence.
     See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
     necessary for effective preparation, taking into account the exercise of due diligence.
     See 18 U.S.C. § 3161(h)(7)(B)(iv).

____ With the consent of the defendant, and taking into account the public interest in the prompt
     disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first
     paragraph and — based on the parties' showing of good cause — finds good cause for extending
     the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
     extending the 30-day time period for an indictment under the Speedy Trial Act (based on the
     exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: ___4/1/2026___          _____
                                Kandis A. Westmore
                                United States Magistrate Judge

STIPULATED: _____      _____
              Attorney for Defendant               Assistant United States Attorney

                                                                            v. 1/10/2019