CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
daniel.pastor@usdoj.gov

Attorneys for United States of America

```
FILED

Apr 14 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-CR-0267-AMO |
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL CASE AS TO DEFENDANTS GLEB GORA, SERGEI RYZKHOV, AND MICHAEL VOGEL; [PROPOSED] ORDER |
| v. | |
| GLEB GORA, SERGEI RYZKHOV, and MICHAEL VOGEL, | |
| Defendants. | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the entire docket as to all defendants—Gleb Gora, Sergei Ryzhkov, and Michael Vogel, in the above-captioned matter. The arrest of defendant Gora and his extradition to the United States from the Republic of Singapore have made the investigation publicly known. Therefore, it is no longer necessary for the case to remain sealed.

DATED: April 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

___/s/_____
DANIEL PASTOR
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that Case 4:25-CR-0267-AMO be unsealed with respect to all defendants: Gleb Gora, Sergei Ryzkhov, and Michael Vogel.

IT IS SO ORDERED.

DATED:  April 14, 2026

_____
HON. ALEX G. TSE
United States Magistrate Judge

UNSEALING APP. / [PROPOSED] ORDER            2
4:25-CR-0267-AMO