CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00267-AMO |
|     Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
|   v. | |
| GLEB GORA, SERGEI RYZKHOV, and MICHAEL VOGEL, | |
|     Defendants. | |

NOTICE OF APPEARANCE OF COUNSEL      1
4:25-CR-00267-AMO

The United States Attorney's Office hereby files this Notice of Appearance of Counsel to advise the Court that Assistant United States Attorney Benjamin K. Kleinman hereby appears in this matter. Future ECF notices should be sent to the following contact information:

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Benjamin.kleinman2@usdoj.gov

DATED: April 16, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
BENJAMIN K. KLEINMAN
Assistant United States Attorney

NOTICE OF APPEARANCE OF COUNSEL              2
4:25-CR-00267-AMO